## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**GREGORY MARQUE HILLIE,**                                        **PLAINTIFF**
**#87985**


**V.**                              **CIVIL ACTION NO. 3:20-cv-236- HTW-LGI**

**SHERIFF KELVIN WILLIAMS**                                    **DEFENDANT**


### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac. Said document was filed on August 13, 2021. [**Docket no. 28**]. To date, Plaintiff has not filed any objections to the Report and Recommendation.

Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge [**Docket no. 28**] is hereby **ADOPTED** as the order of this Court.

This Court hereby **GRANTS** Defendant Sherriff Kelvin William's *Motion to Dismiss or, Alternatively, to Revoke Plaintiff's In Forma Pauperis Status* [**Docket no. 18**]**.** Accordingly, Plaintiff's Complaint hereby is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED this the 7th day of September, 2021.**


**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**